UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States of America, ) | C/A. No.: 6:14-CR-141-GRA-2 |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | (Written Opinion) |
| Orlando Jerel Turmon ) | |
| ) | |
| _____ ) | |

This matter comes before the Court on Defendant's Motion to Amend Sentence. ECF No. 100. "The law closely guards the finality of criminal sentences against judicial 'change of heart.'" United States v. Goodwyn, 596 F.3d 233, 235 (4th Cir. 2010). Pursuant to 18 U.S.C. § 3582(c), "a district court 'may not modify a term of imprisonment once it has been imposed' unless the Bureau of Prisons moves for a reduction, the Sentencing Commission amends the applicable Guidelines range, or another statute or Rule 35 *expressly* permits the court to do so." Id. (emphasis in original). Defendant does not cite any authority permitting reduction of his sentence, and none of the finality exceptions set forth in § 3582(c) or Rule 35 are applicable here.

Accordingly, the Court will not disturb its final judgment, and Defendant's Motion is **DENIED.**

**IT IS SO ORDERED.**

_____
G. Ross Anderson, Jr.
Senior United States District Judge

February 26, 2015
Anderson, South Carolina